SPESSARD L. HOLLAND, as Governor of the State of Florida, J. M. LEE, as Comptroller of the State of Florida, and J. EDWIN LARSON, as Treasurer of the State of Florida, and collectively constituting the State Board of Administration and THE STATE BOARD OF ADMINISTRATION, v. J. TOM WATSON, as Attorney General of the State of Florida.

16 So. (2nd) 649                 January Term, 1944
February 8, 1944                     Division B

*D. Stuart Gillis,* for appellants.

*J. Tom Watson,* Attorney General, and *George M. Powell,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.